UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENCY JAVIER AYALA-BARRIOS,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-04160 SSS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Application for Temporary Restraining Order, Answer, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated September 2, 2026, [Dkt. No. 22]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 22], is accepted;

2. The Petition is granted;

3. Respondents are enjoined from re-detaining Petitioner unless they first follow the appropriate statutory procedures, including providing Petitioner with adequate pre-deprivation notice and a meaningful opportunity to respond. At that hearing, the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or flight risk, and that no conditions other than his detention would be sufficient to prevent those harms; and

4. Judgment is to be entered accordingly.

DATED: September 23, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge